THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **ELMYRA RANDALL,** | Civil No. 23-2247 (CPO/EAP) |
| Plaintiff, | |
| v. | **60-DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |
| **UNITED OF OMAHA LIFE INSURANCE COMPANY,** | |
| Defendant. | |

It having been reported to the Court that the above-captioned action has been settled,

**IT IS** this **31st** day of **August 2023**;

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

s/ Elizabeth A. Pascal  
ELIZABETH A. PASCAL  
United States Magistrate Judge

cc:  Hon. Christine P. O'Hearn, U.S.D.J.